UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TD BANK, N.A.,

                Plaintiff,

v.

BARBARA MILLER,

                Defendant.

Case No.: 1:18-cv-10608-VM-SLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020

**ORDER AWARDING PREJUDGMENT INTEREST**

THE COURT having awarded Summary Judgment in favor of Plaintiff TD Bank, N.A. ("TD Bank") against Defendant Barbara Miller by its Order issued September 9, 2020, and Defendant Barbara Miller having submitted a proposed order regarding prejudgment interest in accordance with the instructions of the September 9, 2020 Order, and the Court having considered the submissions of the parties, and for good cause shown; it is hereby

ORDERED that prejudgment interest on the sum of $1,847,304.63 is awarded in favor or TD Bank and against Barbara Miller calculated as follows:

1. March 14, 2018 through December 31, 2018 (292 days) at the New Jersey interest rate of 2.50%, corresponding to a per diem interest amount of $126.53, totaling $36,946.09;

2. January 1, 2019 through December 31, 2019 (365 days) at the New Jersey interest rate of 3.50%, corresponding to a per diem interest amount of $177.14, totaling $64,655.66;

1

3. January 1, 2020 through September 15, 2020 (258 days) at the New Jersey interest rate of 4.50%, corresponding to a per diem interest amount of $227.13[1], totaling $58,598.93;

4. Total prejudgment interest through April 15, 2020 is therefore $36,946.09 + $64,655.66 + $58,598.93= $160,200.68.  Additional interest, if any, from September 16, 2020 through the date of issuance of this Order shall be calculated at the 2020 per diem amount of $227.13.

**SO ORDERED.**

Dated: September 17, 2020

_____
Victor Marrero
U.S.D.J.

---

[1] https://www.njcourts.gov/courts/assets/civil/postprejudgementrates.pdf as viewed on September 14, 2020