USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _2/23/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
TD BANK, N.A.,                        :
                                      :
                    Plaintiff,        :        18 Civ. 10608 (VM)
                                      :
        - against -                   :        **ORDER**
                                      :
BARBARA MILLER,                       :
                                      :
                    Defendant.        :
-------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Upon review of the Second Circuit's Summary Order (Dkt. No. 57), it is hereby

**ORDERED** that the parties are directed to submit letters, not to exceed three (3) pages, by Monday, March 7, 2022. The letters shall only address the three issues on remand: (1) whether Section 16I-7 applies to resolve Plaintiff's summary judgment motion; (2) whether another New Jersey statute, New Jersey common law, or New York law instead applies; and (3) whether either party contemplates any motion to supplement the record.

**SO ORDERED.**

Dated:      New York, New York
            February 23, 2022

                                   _____
                                        Victor Marrero
                                           U.S.D.J.